

|  |  |
|---|---|
| Send Payment/Correspondence to:<br>MRS Associates<br>1930 OLNEY AVE.<br>CHERRY HILL, NJ 08003<br>800-949-3208 | CREDITOR: CHASE BANK USA N.A.<br>MRS ACCT#: LU4.***2753<br>CREDITOR ACCT#: xxxxxxxxxxxx4600<br>**ACCOUNT BALANCE : $6,980.24** |

Office Hours :
Monday - Thursday   9am - 11pm ET
Friday                        9am - 8pm ET

April 26, 2016

Dear MICHELINA HOFFMAN,

We recognize that a possible hardship or pitfall may have prevented you from satisfying your obligation. We are presenting three options to resolve your balance. We are not obligated to renew this offer.

Option 1: You pay $2,233.68 in ONE PAYMENT to be received in this office on or before 05/13/2016.

Option 2: You make TWO PAYMENTS of $1,640.36 each. The first payment to be received in this office on or before 05/13/2016 and the second payment on or before 06/13/2016.

Option 3: A monthly payment plan to pay the full balance of the account.

Payment may be made by calling 800-949-3208, mailing to the above address or by using our online payment website at https://mrspay.webview.com (internet connection required).

When you call please let our representative know that you have received the CHASE BANK USA N.A. Option Letter.

Sincerely,
MRS Associates
800-949-3208
MRS Associates is a trade name of MRS BPO, L.L.C.
****2753****

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

If we settle this debt with you for less than the full outstanding balance, Chase may offer you less favorable terms in the future for some Chase products or services, or may deny your application.

**NEW YORK CITY RESIDENTS:**
New York City Department of Consumer Affairs, license number 1292105, 1292103.
MRS Associates contact: Denise Eichenberg - Mon - Fri 9 AM - 5 PM ET (888) 334-5677.



S-SFMRSA11  L-STL002wWP
P5M1LZ00213574 - 228275529 I13575
*Return Address :*
MRS BPO, L.L.C.
1930 OLNEY AVE.
CHERRY HILL, NJ 08003

PRESORT
FIRST-CLASS
U.S. POSTAGE &
FEES PAID
HOV SERVICES

MICHELINA HOFFMAN
22 WHISKEY RD
CORAM NY 11727-2714