IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X
FRANCIS MCADAMS,

      Plaintiff,    COURT FILE NO. 2:17-cv-647-ARR-RER

v.

MRS BPO, LLC.,

      Defendant.

----------------------------------------------------------X


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X
PHILLIS CALANDRA, individually and on
behalf of all others similarly situated,

            COURT FILE NO. 17-cv-02019-ARR-RER

      Plaintiff,

v.

MRS BPO, LLC,

      Defendant.

----------------------------------------------------------X

4165298v1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X
PETER DIPISA, individually and on behalf of
all others similarly situated,

                Plaintiff,               COURT FILE NO. 2:17-cv-02586-ARR-RER

v.

MRS BPO, LLC,

                Defendant.

----------------------------------------------------------X

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X
WAYNE DYKES, individually and on behalf
of all others similarly situated,

                Plaintiff,               COURT FILE NO. 2:17-cv-02587-ARR-RER

v.

MRS BPO, LLC,

                Defendant.

----------------------------------------------------------X

2

4165298v1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
MICHELINA HOFFMAN, individually and on
behalf of all others similarly situated,

        COURT FILE NO. 2:17-cv-02447-ARR-RER

              Plaintiff,

v.

MRS BPO, LLC,

              Defendant.

---------------------------------------------------------X


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
LISA MESSINA, individually and on behalf of
all others similarly situated,

        COURT FILE NO. 2: 17-cv-02585-ARR-RER

              Plaintiff,

v.

MRS BPO, LLC,

              Defendant.

---------------------------------------------------------X

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the parties to the above-entitled related actions, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the actions, the above-entitled actions

3

4165298v1

are, and the same hereby are discontinued with prejudice as to defendants, and without prejudice

as to the rights of any putative class members, if any.   Each party shall bear its own costs and

fees.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  August 15, 2018


By  /s/ David M. Barshay
    David M. Barshay, Esq.
    Craig B. Sanders, Esq.
    Barshay Sanders, PLLC
    100 Garden City Plaza, Suite 500
    Garden City, New York 11530
    csanders@sanderslawpllc.com
    dbarshay@bakersanders.com

By /s/ Michael T. Etmund
    Michael T. Etmund, Esq.
    Moss & Barnett, PA
    150 South Fifth Street, Suite 1200
    Minneapolis  MN  55402-4129
    Telephone:  (612) 877-5000
    mike.etmund@lawmoss.com

4165298v1